Hamlin K. Buchman, appellant, v. Howard F. Bishop, appellee. Gen. No. 37,096.

Opinion filed May 2, 1934. Rehearing denied May 16, 1934.
Louis I. Schubert, for appellant. Whitman, Miller & Coon, for appellee; Russell Whitman and Claude H. Coon, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

Frank M. Dooley, executor of the last will and testament of Effie Beam, deceased, appellant, v. Lillian Stevens, appellee. Gen. No. 37,120.

Opinion filed May 2, 1934.
David J. A. Hayes, for appellant. Samuels, Greenberg, Wolfe & Solomon, for appellee; David H. Greenberg, Edward Wolfe and Sidney M. Glick, of counsel.
Mr. Justice Wilson delivered the opinion of the court.

James Baratta, appellee, v. Bowman Dairy Company, appellant. Gen. No. 37,132.

Opinion filed May 2, 1934.
Montgomery, Hart, Pritchard & Herriott, for appellant; Louis E. Hart and L. Edward Hart, Jr., of counsel. Irving G. Zazove, for appellee.
Mr. Justice Wilson delivered the opinion of the court.

Commercial Light Company, appellant, v. A. Fischer, appellee. Gen. No. 37,141.

Opinion filed May 2, 1934.
Morris Aronson, for appellant. No appearance for appellee.
Mr. Justice Wilson delivered the opinion of the court.